B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of New Jersey | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Eastern Lines Surf Shop, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **22-3322540** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1605 Ocean Ave**<br>**Belmar, NJ**<br>ZIPCODE **07719-2632** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Monmouth** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1605 Ocean Ave, Belmar, NJ** | ZIPCODE **07719-2632** |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Eastern Lines Surf Shop, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br> Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Eastern Lines Surf Shop, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Attorney*

X **/s/ Timothy P. Neumann, Esq.**
Signature of Attorney for Debtor(s)

**Timothy P. Neumann, Esq. TN6429**
**Broege Neumann**
**Fischer & Shaver**
**25 Abe Voorhees Drive**
**Manasquan, NJ  08736**
**(732) 223-8484  Fax: (732) 223-2416**
**btassillo@aol.com**

**May 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Donald C. Tarrant**
Signature of Authorized Individual

**Donald C. Tarrant**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**May 27, 2010**
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# **RESOLUTION OF MEMBERSHIP**
# **OF**
# **EASTERN LINES SURF SHOP, LLC**

Whereas, it is in the best interest to this limited liability company ("LLC") to file a voluntary petition in the United States District Court pursuant to Chapter 11 of Title 11 of the United States Code.

Be it Therefore Resolved that Donald C. Tarrant, Member of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the LLC; and

Be it Further Resolved, that Donald C. Tarrant, Member of this LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case; and

Be It Further Resolved, that Donald C. Tarrant, Member of this LLC, is authorized and directed to employ Timothy P. Neumann and the Law Firm of Broege, Neumann, Fischer & Shaver, LLC, to represent the LLC in such bankruptcy case.

          /s/    Donald C. Tarrant
                      Member

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:  Case No. _____

**Eastern Lines Surf Shop, LLC**  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Xcel Wetsuits**<br>66-590 Kam Hwy<br>Haleiwa, HI 96712 | (808) 637-6239 | | | 14,679.06 |
| **Reef**<br>5935 Darwin Ct<br>Carlsbad, CA 92008-7302 | (760) 431-2300 | | | 13,144.17 |
| **Billabong**<br>117 Waterworks Way<br>Irvine, CA 92618-3110 | (949) 753-7222 | | | 10,599.24 |
| **Hurley Int'l**<br>1945 Placentia Ave Ste G<br>Costa Mesa, CA 92627-3450 | (949) 548-9375 | | | 10,066.08 |
| **Quiksilver**<br>15202 Graham St<br>Huntington Beach, CA 92649-1109 | (714) 889-2200 | | | 9,780.45 |
| **SCSI**<br>20512 Crescent Bay Dr<br>Lake Forest, CA 92630 | (949) 916-3334 | | | 6,807.01 |
| **DaKine**<br>408 Columbia St<br>Hood River, OR 97031 | (541) 386-3166 | | | 5,461.00 |
| **O'Neill Sportswear**<br>14350 Myford Rd<br>Irvine, CA 92606-1002 | (949) 428-2800 | | | 5,091.91 |
| **Oakley**<br>1 Icon<br>Foothill Ranch, CA 92610-3000 | (949) 951-0991 | | | 5,056.17 |
| **Smith**<br>Mail Stop 79<br>PO Box 4300<br>Portland, OR 97208-4300 | (800) 635-4401 | | | 4,354.76 |
| **O'neill Wetsuits**<br>1071 41st Ave<br>Santa Cruz, CA 95062-4400 | (831) 475-7500 | | | 3,507.98 |
| **Body Glove** | | | | 3,376.10 |
| **Electric**<br>1062 Calle Negocio Ste H<br>San Clemente, CA 92673-6262 | (949) 940-9125 | | | 3,333.28 |
| **O'Neill Sportswear** | | | | 3,058.27 |
| **Spy Optics**<br>2070 Las Palmas Dr<br>Carlsbad, CA 92011-1518 | (760) 804-8420 | | | 2,834.09 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **Volcom** | **2,591.30** |
| **Boardworks**<br>**364 2nd St Ste 1**<br>**Encinitas, CA  92024-3557** | **2,570.00** |
| **Kustom Sandals** | **2,528.41** |
| **Custom X**<br>**394 Via El Centro**      **(760) 722-1585**<br>**Oceanside, CA  92058-1237** | **2,388.24** |
| **SDS Sportswear**<br>**1350 Broadway**      **(212) 868-9771**<br>**New York, NY  10018** | **2,321.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 27, 2010**        Signature: ***/s/ Donald C. Tarrant***

**Donald C. Tarrant, Managing Member**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1601 Ocean Avenue
PO Box 2087
Long Branch NJ   07740-2087


Amg
PO Box 1391
Southampton PA   18966-0825


Ansell Zaro Grimm & Aaron
1500 Lawrence Ave
Asbury Park NJ   07712


Bank Of America
P O Box 15025
Wilmington DE   19886-5025


Billabong
117 Waterworks Way
Irvine CA   92618-3110


Boardworks
364 2nd St Ste 1
Encinitas CA   92024-3557


Cruz
PO Box 1645
Murrells Inlet SC   29576-1645


Custom X
394 Via El Centro
Oceanside CA   92058-1237


DaKine
408 Columbia St
Hood River OR   97031

```
Dell Financial Services
Primary Fina Services
3115 N 3rd Ave Ste 112
Phoenix AZ   85013-4387


DirtyDog
223 Wall St # 193
Huntington NY   11743-2060


Dregs Skateboards
1666 Garnet Ave # 308
San Diego CA   92109-3116


Electric
1062 Calle Negocio Ste H
San Clemente CA   92673-6262


HIC
1988 W 169th St
Gardena CA   90247-5254


Hurley Int'l
1945 Placentia Ave Ste G
Costa Mesa CA   92627-3450


Lost Int'l
17 Pasteur
Irvine CA   92618-3804


Morgan & McHale
278 Madrona St Apt 4
Chula Vista CA   91910-3951


Native
2381 Philmont Ave Ste 110
Huntingdon Valley PA   19006-6236
```

```
O'Neill Sportswear
14350 Myford Rd
Irvine CA   92606-1002


O'neill Wetsuits
1071 41st Ave
Santa Cruz CA   95062-4400


Oakley
1 Icon
Foothill Ranch CA   92610-3000


Ocean Minded
Ste 100
5 Jenner
Irvine CA   92618


Quiksilver
15202 Graham St
Huntington Beach CA   92649-1109


Reef
5935 Darwin Ct
Carlsbad CA   92008-7302


SCSI
20512 Crescent Bay Dr
Lake Forest CA   92630


SDS Sportswear
1350 Broadway
New York NY   10018
```

```
Smith
Mail Stop 79
PO Box 4300
Portland OR   97208-4300


Spy Optics
2070 Las Palmas Dr
Carlsbad CA   92011-1518


Style Eyes
824 W 18th St
Costa Mesa CA   92627-4411


Toes On The Nose
1537 Monrovia Ave
Newport Beach CA   92663-2869


Xcel Wetsuits
66-590 Kam Hwy
Haleiwa HI   96712
```